```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
ADAM LACERDA,                 :
                              :
          Petitioner,         :   Civ. No. 22-0026 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
UNITED STATES OF AMERICA,     :
                              :
          Respondent.         :
_____:
```

APPEARANCES:

Brandon Creighton Sample, Esq.
Brandon Sample PLC
1701 Pennsylvania Avenue NW
# 200
Washington, DC 20006-4823

    Attorneys for Petitioner

Philip R. Sellinger, United States Attorney
R. David Walk, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Adam Lacerda filed a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer on January 19, 2022, see ECF No. 5; and

WHEREAS, Respondent requests an extension until May 6, 2022 to submit its answer, ECF No. 6; and

WHEREAS, Petitioner has not filed any objection to the request,

THEREFORE, IT IS on this <u>9th</u> day of <u>March</u>, 2022

ORDERED that Respondent's request for an extension, ECF No. 6, is granted.  The response is due May 6, 2022.


At Camden, New Jersey                  s/ Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.