```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
ADAM LACERDA,                       :
                                    :
         Petitioner,                :   Civ. No. 22-0026 (NLH)
                                    :
    v.                              :   **MEMORANDUM OPINION & ORDER**
                                    :
                                    :
UNITED STATES OF AMERICA,           :
                                    :
         Respondent.                :
_____:

APPEARANCES:

Brandon Creighton Sample, Esq.
Brandon Sample PLC
1701 Pennsylvania Avenue NW
# 200
Washington, DC 20006-4823

    Attorneys for Petitioner

Philip R. Sellinger, United States Attorney
R. David Walk, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101

    Attorneys for Respondent

<u>HILLMAN, District Judge</u>

    WHEREAS, Petitioner Adam Lacerda filed a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255, <u>see</u> ECF No. 1; and

    WHEREAS, the Court granted Respondent's unopposed motion to extend its time to answer until May 6, 2022, <u>see</u> ECF No. 7; and

WHEREAS, on April 28, 2022, Respondent filed a motion for an order "authorizing Lacerda's first and second trial counsel, Marc Neff, Esquire, and Mark Cedrone, Esquire, to talk with the United States about Lacerda's allegations of ineffective assistance of counsel in his 28 U.S.C. § 2255 motion, supporting brief, and declaration." ECF No. 8. It also requested "that the Court extend the time for the Government's answer until four weeks after the date of the entry of the Court's Order." Id. at 2; and

WHEREAS, Petitioner filed a motion to extend its time to respond to the motion, ECF No. 9, followed shortly by its opposition to Respondent's request to interview trial counsel, ECF No. 10; and

WHEREAS, the Court will grant Petitioner's motion and accept its opposition as timely filed; and

WHEREAS, Petitioner is not opposed to a "final extension of time for the United States to respond to Lacerda's § 2255 motion." ECF No. 10 at 10. The Court will therefore extend the time for the United States' response to four weeks after the order resolving the motion to interview counsel,

THEREFORE, IT IS on this 13th day of May, 2022

ORDERED that Petitioner's request for an extension, ECF No. 9, is granted, and the opposition is considered timely filed; and it is further

ORDERED that the United States' response to the § 2255 motion is extended to four weeks after entry of the order resolving the United States' motion to interview counsel.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |