```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
ADAM LACERDA,                 :
                              :
          Petitioner,         :   Civ. No. 22-0026 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
UNITED STATES OF AMERICA,     :
                              :
          Respondent.         :
_____:
```

APPEARANCES:

Brandon Creighton Sample, Esq.
Brandon Sample PLC
1701 Pennsylvania Avenue NW
# 200
Washington, DC 20006-4823

    Attorneys for Petitioner

Philip R. Sellinger, United States Attorney
R. David Walk, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101

    Attorneys for Respondent

<u>HILLMAN</u>, District Judge

    WHEREAS, Petitioner Adam Lacerda filed a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255, <u>see</u> ECF No. 1; and

WHEREAS, with the consent of the parties, the Court stayed the briefing schedule pending resolution of the United States' motion to interview Petitioner's former counsel, ECF No. 11; and

WHEREAS, the Court granted the motion in part on June 16, 2022 and directed the United States to file its response within four weeks, ECF No. 15; and

WHEREAS, the United States now moves for a two-week extension, until July 28, 2022, to file its response, ECF No. 16. The United States represents that Petitioner consented to its request, id.,

THEREFORE, IT IS on this __11th__ day of __July__, 2022

ORDERED that the United States' motion for an extension to file its response, ECF No. 16, is granted; and it is further

ORDERED that the United States' response to the § 2255 motion is due by July 28, 2022.

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.