```
             UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
```

_____
                              :
ADAM LACERDA,                 :
                              :
        Petitioner,           :   Civ. No. 22-0026 (NLH)
                              :
    v.                        :   **MEMORANDUM OPINION & ORDER**
                              :
                              :
UNITED STATES OF AMERICA,     :
                              :
        Respondent.           :
_____:

APPEARANCES:

Brandon Creighton Sample, Esq.
Brandon Sample PLC
1701 Pennsylvania Avenue NW
# 200
Washington, DC 20006-4823

    Attorneys for Petitioner

Philip R. Sellinger, United States Attorney
R. David Walk, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
PO Box 2098
Camden, NJ 08101

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Adam Lacerda filed a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, Respondent filed its answer on July 28, 2022, ECF No. 18; and

WHEREAS, on September 12, 2022, Petitioner filed a motion requesting "an extension of time, nunc pro tunc, until September 26, 2022, to file his reply to the United States' response to Lacerda's § 2255 motion."  ECF No. 19; and

WHEREAS, the United States consents to the request, id.,

THEREFORE, IT IS on this   20th   day of  September , 2022

ORDERED that Petitioner's request for an extension of time, nunc pro tunc, until September 26, 2022, to file his reply, ECF No. 19, be, and the same hereby is GRANTED.


At Camden, New Jersey                      s/ Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J.