# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**ADAM LACERDA,**

    Petitioner,

  v.

**UNITED STATES OF AMERICA,**

    Respondent.

Case No. 22–cv–00026–ESK

**OPINION AND ORDER**

    **THIS MATTER** is before the Court on petitioner Adam Lacerda's motion to vacate, set aside, or correct his federal sentence filed pursuant to 28 U.S.C. § 2255 (2255 Motion). (ECF No. 4.) Petitioner submitted an unsigned declaration in support of his 2255 motion. (ECF No. 4–1 p. 5.) A signed declaration was inadvertently docketed in petitioner's criminal case on March 21, 2022. *United States v. Lacerda*, No. 12-cr-00303 (D.N.J.) (ECF No. 591.) I will direct the Clerk to file the signed declaration in this matter for completeness of the record.

    Accordingly,

    **IT IS** on this   **10th** day of **June 2025**   **ORDERED** that:

The Clerk shall file a copy of Adam Lacerda's signed declaration, presently docketed at ECF No. 591 in petitioner's criminal case No. 12-cr-00303, as a separate entry in this matter.

                                   */s/ Edward S. Kiel*
                                   **EDWARD S. KIEL**
                                   **UNITED STATES DISTRICT JUDGE**